## KISSINGER v. THE CITY OF COUNCIL BLUFFS.

72  471<br>96  749

1. **Appeal:** ABSTRACT MUST SHOW NAME OF TRIAL JUDGE. Sec. 117 of the rules of this court, adopted December 16, 1886, is as follows: "In all appeals taken in causes tried after the 1st day of January, 1887, the abstract therein shall be so prepared as to show the name of the judge who presided at the trial." The rule not having been complied with in this case, the decision of the court is withheld until an amended or additional abstract is filed showing the name of the trial judge.

The Fullerton Lumber Co. v. Osborn.

*Appeal from Pottawattamie District Court.*

SATURDAY, OCTOBER 8.

PER CURIAM. The decision in this case in the district court was made since January 1, 1887. A rule of this court required the abstracts to show the name of the judge before whom the case was tried. This rule has not been complied with. It is ordered that the decision of the cause be withheld until an amended or additional abstract be filed, complying with the rule. Counsel of both parties will be advised by the clerk of this court.